# Court of Appeals
# of the State of Georgia

ATLANTA,  December 12, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0219.  IN RE LAURAILL WILLIAMS.**

Attorney Lauraill Williams has filed a timely application for discretionary review from the trial court's November 9, 2017 order finding her in criminal contempt for failing to follow the court's rules during a hearing in a child dependency case. A discretionary application, however, was not necessary here. Judgments of contempt are directly appealable. OCGA § 5-6-34 (a) (2); *In re Booker*, 186 Ga. App. 614, 614 (367 SE2d 850) (1988).[1]

We will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED.  Williams shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, Williams has already filed a notice of appeal from the order at issue, she need not file a second notice. The

---

[1] Although OCGA § 5-6-35 (a) (2) requires a discretionary application in domestic relations cases, we have held that dependency (formerly, "deprivation") cases are not domestic relations cases within the meaning of that provision. See *In the Interest of J. P.*, 267 Ga. 492 (480 SE2d 8) (1997) (1997).

clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  12/12/2017  *
    *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*